373 A.2d 1143

Conner v. Conner, Appellant.

Argued March 15, 1977. John J. Krafsig, Jr., for appellant; William H. Nast, Jr., submitted a brief for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

373 A.2d 1144

Delach v. Delach, Appellant.

Argued November 15, 1976. Raymond W. Cromer, with him Beck, McGinnis & Jarvis, for appellant; William C. Bartley, for appellee.

OPINION PER CURIAM: The orders of the court below are affirmed.

WATKINS, P. J., absent.